# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        **Plaintiff,**

        **v.**               **Case No. 26-CR-11**

**JUSTIN J. HETZEL,**

        **Defendant.**

## FINAL ORDER OF FORFEITURE AND JUDGMENT

The Court has considered the United States' Motion for Entry of a Final Order and Judgment of Forfeiture and supporting declaration of Assistant United States Attorney Timothy W. Funnell. The Court is satisfied that no third-party has filed a valid timely claim as to the properties to which this Court has already entered a Preliminary Order of Forfeiture.

The Court is also satisfied, from the United States' motion and the papers and pleadings on file, that the United States has satisfied the terms and provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

The Court therefore FORFEITS the following items under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) to the United States of America and ORDERS that the United States has clear title to the property items, and that the United States may dispose of the properties according to law:

    a.  a Diamondback 9mm pistol bearing serial number YQ4976; and
    b.  multiple rounds of 9mm ammunition.

Dated at Green Bay, Wisconsin this <u>13th</u> day of July, 2026.

                               William C. Griesbach
                               United States District Judge