**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 26-CR-11**

**JUSTIN J. HETZEL,**

**Defendant.**

---

# ORDER FOR RELEASE OF PASSPORT

---

Upon the application of Justin J. Hetzel,

**IT IS ORDERED** that the Clerk of Court return to Barbara Sorenson, mother of Justin J. Hetzel, the passport held as a condition of release on bail in this matter. The passport shall be returned to:

Barbara Sorenson (mother of Justin J. Hetzel)
Oshkosh, WI 54901

Dated at Green Bay, Wisconsin this 21st day of August, 2026.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge